Thomas SERRANO, Plaintiff and
Appellant,

v.

Carl HOCKER, Warden, Nevada State
Prison, and the State of Nevada,
Appellees.

No. 25883.

United States Court of Appeals,
Ninth Circuit.

Aug. 4, 1971.

David W. Hagen (argued), of Goldwater, Taber, Hill & Mortimer, F. DeArmond Sharp (argued), of Hawkins, Rhodes & Hawkins, Reno, Nev., for plaintiff-appellant.

Herbert F. Ahlswede, Deputy Atty. Gen. (argued), Harvey Dickerson, Nevada Atty. Gen., Carson City, Nev., for appellees.

Before CHAMBERS and CARTER, Circuit Judges, and BYRNE, Senior District Judge.

PER CURIAM:

In this collateral attack on a state murder conviction, we find that the test of Harrington v. California, 395 U.S. 250, 89 S.Ct. 1726, 23 L.Ed.2d 284, fits the point on the introduction into evidence of an illegally seized gun. We find the error was harmless.

The other alleged errors in the state trial do not rise to constitutional proportions.

Lloyd Frederick VAN HORN et al.,
Plaintiffs and Appellees,

v.

UNITED STATES of America,
Appellant.

No. 23642.

United States Court of Appeals,
Ninth Circuit.

Aug. 5, 1971.

Leonard Schaitman (argued), Dept. of Justice, William D. Ruckelshaus, Asst. Atty. Gen., Washington, D. C., Harry D. Steward, U. S. Atty., Donald A. Fareed, Sp. Asst. U. S. Atty., San Diego, Cal., for appellant.

James C. Hagedorn (argued), Hoberg, Finger, Brown & Abramson, Bacigalupi, Elkus & Salinger, San Francisco, Cal., for plaintiffs-appellees.

Before CHAMBERS, JERTBERG and MERRILL, Circuit Judges.

PER CURIAM:

The judgment in favor of appellees is affirmed on the authority of Stork v. United States (9 Cir., 1970), 430 F.2d 1104.

It appears that our opinion and judgment in Van Horn v. United States (9th Cir. 1971), 437 F.2d 94, affects only the denial of relief to the mother and father of the deceased.